# United States District Court

WESTERN DISTRICT OF WASHINGTON

CALEB PRICE,

        v.

CLARK COUNTY DISTRICT COURT, *et al.*,

JUDGMENT IN A CIVIL CASE

C10-5288 RBL/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) This action is **DISMISSED without prejudice** prior to service for failure to state a claim. **This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g)**;

| June 21, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                          *s/ Mary Trent*
                                          Deputy Clerk